DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BANYAN TREATMENT AND RECOVERY, LLC, BANYAN TREATMENT AND RECOVERY II, LLC, BANYAN DELAWARE, LLC, BANYAN SOBER LIVING IV, LLC, BANYAN SOBER LIVING V, LLC, BANYAN SOBER LIVING VIII, LLC,** and **BTC INTERMEDIATE HOLDINGS, LLC,**
Appellants,

v.

**EMAN BASS,**
Appellee.

No. 4D2024-0887

[October 2, 2024]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey Levenson, Judge; L.T. Case No. CACE23-16861.

Thomas E. Jablonski and Jennifer Thomas of Hall Booth Smith, P.C., West Palm Beach, for appellants.

Scott L. Henratty of Morgan & Morgan, P.A., Plantation, and Thomas E. Bosworth of Bosworth Law, LLC, Philadelphia, PA, for appellee.

PER CURIAM.

*Affirmed.* *See* Fla. R. Civ P 1.061(a) ("The decision to grant or deny the motion for dismissal rests in the sound discretion of the trial court."); *Cortez v. Palace Resorts, Inc.*, 123 So. 3d 1085, 1096 (Fla. 2013) ("[E]xcept where the plaintiff is from another country, the presumption in favor of the plaintiff's initial choice of forum is always entitled to great deference."); *Graham v. Graham*, 648 So. 2d 814, 815–16 (Fla. 4th DCA 1995) ("A transfer of venue based on convenience is improper where no affidavits or other sworn proof support the motion.").

*Affirmed.*

KLINGENSMITH, C.J., WARNER and ARTAU, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***